**Electronically Filed
Supreme Court
SCPR-25-0000007
13-JAN-2025
07:49 AM
Dkt. 6 OGP**

SCPR-25-0000007

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE ROBERT WAI FUNG, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Robert Wai Fung on January 6, 2025 (Petitioner), we conclude that Petitioner has complied with the requirements of Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH). Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 4225, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, January 13, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2